UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TZIPPORA MILLER,

                              Plaintiff,

                -against-

JOHN PURCELL,

                              Defendant.

25-CV-9698 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

On December 15, 2025, the Court received a notice of voluntary dismissal from Plaintiff, advising the Court that she voluntarily dismisses this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without prejudice. The complaint is voluntarily dismissed under Fed. R. Civ. P. 41(a), without prejudice.[1]

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

 Dated:    December 17, 2025
           New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge

---

[1] A voluntary dismissal under Fed. R. Civ. P. 41(a) is without prejudice. "But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).